IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                             No. 2:10-cv-1800 JFM (PC)

    vs.

R. BERMUDEZ,

    Defendant.                        ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Order filed April 20, 2007 in Weaver v. California Correctional Institution Building A-4A-4, et al., No. 1:06-cv-1429 OWW-SMS P (E.D. Cal.), slip op. at 4 and cases cited therein at 1 n.1.[1]  Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

physical injury." 28 U.S.C. § 1915(g). Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury.[2] Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty days from the date of this order, the filing fee of three hundred fifty dollars ($350.00). Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: July 20, 2010.

UNITED STATES MAGISTRATE JUDGE

12
weav1800.fee

---

[2] Plaintiff alleges that he suffers from multiple mental health illnesses and is on medication, and that he was "kicked out of a board of care" location in Sacramento one month after being released from state prison because he did not have any money for rent. Complaint, filed July 12, 2010, at 2. Plaintiff claims that defendant R. Bermudez, his parole officer, "refuses to give plaintiff proper houseing [sic]." Plaintiff seeks money damages. Plaintiff's current address is Deuel Vocational Institution, a state prison in Tracy, California. Because plaintiff is currently housed in a state prison, the allegations of the complaint do not support a finding that plaintiff is currently under imminent danger of serious physical injury as a result of the events complained of.